Ronald N. Richards, Esq. #176246
**NAME**
P.O. Box 11480, Beverly Hills
**PRISON IDENTIFICATION/BOOKING NO.**
Beverly Hills, CA 90213
**ADDRESS OR PLACE OF CONFINEMENT**
Attorney for Petitioner

Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*



FILED
2010 AUG 17 PM 1:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

v.

Galeb Mizyed

**FULL NAME OF MOVANT**
(Include name under which you were convicted)
Galeb Mizyed      Petitioner.

CASE NUMBER:
CV **CV10 6115**
To be supplied by the Clerk of the United States District Court

CR **03-398-R**
Criminal case under which sentence was imposed.

**MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**
**28 U.S.C § 2255**

## INSTRUCTIONS - READ CAREFULLY

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any questions use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. **NO FEE** is required with this motion

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in a different districts, you must file separate motions as to each judgment.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and three (3) copies must be mailed to the Clerk of the United States District Court, whose address is 312 North Spring Street, Los Angeles, California 90012.

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of California (Central) |
|---|---|
| Name (under which you were convicted): Galeb Mizyed | Docket or Case No.: CR-03-398(A)-RMT |
| Place of Confinement: FCI/Sandstone, Minnesota | Prisoner No.: 21753-112 |

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| v. | Galeb Mizyed |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: US District Court for the Central District of California /Western Division, Los Angeles, CA.

   (b) Criminal docket or case number (if you know): CR-03-398(A)-RMT

2. (a) Date of the judgment of conviction (if you know): February 5, 2007

   (b) Date of sentencing: February 5, 2007

3. Length of sentence: 168 months Imprisonment

4. Nature of crime (all counts): Conspiracy to Aid & Abet the Manufacture of Methamphetamine (21 USCS 841(c)(1))

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: Ninth Circuit Court of Appeals
   (b) Docket or case number (if you know): 07-50101
   (c) Result: Affirmed
   (d) Date of result (if you know): June 12, 2009
   (e) Citation to the case (if you know): Unknown
   (f) Grounds raised: Whether the district court erred when not giving this Movant a 'safety valve' reduction?

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): N/A
   (2) Result: N/A
   (3) Date of result (if you know): N/A
   (4) Citation to the case (if you know): N/A
   (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A
(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?  Yes ☐  No ☐  N/A
(7) Result: N/A
(8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:
   (1) Name of court: N/A
   (2) Docket or case number (if you know): N/A
   (3) Date of filing (if you know): N/A
   (4) Nature of the proceeding: N/A
   (5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?  Yes ☐  No ☐  N/A
(7) Result: N/A
(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application? N/A
   (1) First petition:  Yes ☐  No ☐  N/A
   (2) Second petition:  Yes ☐  No ☐  N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: __N/A__

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Movant was denied his right to the effective assistance of counsel at sentencing, in violation of the Sixth Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel's failure to investigate the safety valve statute (18 USCS 3553(f)), resulted in this Movant being denied eligibility for a safety valve reduction in his sentence, thus his sentence being longer than that otherwise applicable. Counsel's incompetence resulted in this Movant being subject to a mandatory minimum statute when – had counsel properly familiarized himself with the statute – the Movant should not have been. See 6th Amendment to U.S. Constitution.

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐  No ☒
   (2) If you did not raise this issue in your direct appeal, explain why: __Ineffective Assistance of counsel on appeal.__

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐  No ☒
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: __N/A__
   Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__
Date of the court's decision: __N/A__
Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__
Date of the court's decision: __N/A__
Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

GROUND TWO: Ineffective Assistance of counsel on direct appeal, in violation of the Sixth Amendment to the U.S. Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Appellate counsel completely failed to contest sentencing counsel's incompetence at sentencing. Appellate counsel also completely restricted the errors he would raise to those involving only the safety valve issue. Other meritorious issues were available to appellate counsel, however, he abandoned this Movant with respect to those issues, whcih deprived this Movant of a meaningful appeal.

(b) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: Represented by counsel

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☐   N/A

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: N/A

   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): N/A
   Date of the court's decision: N/A
   Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☐   N/A

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☐   N/A

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐   N/A

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: N/A

   Docket or case number (if you know): N/A
   Date of the court's decision: N/A
   Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___N/A___

GROUND THREE: Reserved (F.R.C.P., 15(a))

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ___N/A___

(b) Direct Appeal of Ground Three:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☐  No ☐  N/A

    (2) If you did not raise this issue in your direct appeal, explain why: ___N/A___

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ☐  No ☐  N/A

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ___N/A___

Name and location of the court where the motion or petition was filed: ___N/A___

Docket or case number (if you know): ___N/A___

Date of the court's decision: ___N/A___

Result (attach a copy of the court's opinion or order, if available): ___N/A___

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐  N/A

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ___N/A___

Docket or case number (if you know): ___N/A___
Date of the court's decision: ___N/A___
Result (attach a copy of the court's opinion or order, if available): ___N/A___

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___N/A___

GROUND FOUR: ___Reserved___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   Reserved

(b) Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❏  No ❏    N/A

   (2) If you did not raise this issue in your direct appeal, explain why: _____ N/A _____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❏  No ❏    N/A

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A

Name and location of the court where the motion or petition was filed: _____ N/A

Docket or case number (if you know): _____ N/A
Date of the court's decision: _____ N/A
Result (attach a copy of the court's opinion or order, if available): _____ N/A

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❏  No ❏    N/A

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❏  No ❏    N/A

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❏  No ❏    N/A

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A

Docket or case number (if you know): _____ N/A
Date of the court's decision: _____ N/A
Result (attach a copy of the court's opinion or order, if available): _____ N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __None have been raised due to ineffective assistance of counsel.__

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐  No ☒
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: __David Katz, 433 North Camden Dr., Suite 600, Beverly Hills, CA., 90210__
    (b) At arraignment and plea: __Same__
    (c) At trial: __N/A (plea)__
    (d) At sentencing: __David Katz__

(e) On appeal: Robison D. Harley, Jr., 825 North Ross St., Santa Ana, CA., 92701

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

    (b) Give the date the other sentence was imposed: N/A
    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* ___Criminal case was affirmed by Ninth Circuit Court of Appeals in June, 2009, thus motion is timely.___

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Vacate the sentence and remand to district court with instructions to apply the safety valve to this Movant.</u>

or any other relief to which movant may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>February 12, 2010</u>
_____ (month, date, year).

Executed (signed) on <u>02/12/2010</u> (date).

_____[signature]_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____N/A_____

\* \* \* \* \*